Scott Jordan     (SBN: 244858)
DUNNING LAW FIRM
2000 Van Ness Avenue, Ste. 602
San Francisco, CA 94109
Tel: (415) 956-1888
Fax: (415) 956-0881
Email: sjordan@dunninglawfirm.com

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re: | Case No.: 16-41815 RLE |
| **FARAJOLLAH HENNATI ATAIE aka ROGER ATAIE aka BIBI BAZAAR and FARZANEH P. ATAIE aka FARZI ATAIE,** | Chapter 7 |
| | **MOTION TO CONVERT CASE UNDER 11 U.S.C. §706(a); NOTICE OF OPPORTUNITY FOR HEARING; DECLARATION IN SUPPORT; AND CERTIFICATE OF SERVICE** |
| Debtors. | |

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

**PLEASE TAKE NOTICE** that Debtors request the court convert the present case from Chapter 7 to Chapter 13 pursuant to 11 U.S.C. §706(a). Debtors further request that upon an Order of Conversion, the Debtors being given 14 days from the date of the Order to file their Chapter 13 Plan.

**NOTICE IS HEREBY GIVEN**, pursuant to B.L.R. 9014-1(b)(3) as modified by B.L.R. 1017-1(b), that:

**"Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 14 days of mailing the notice;**

**Any objection or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position;**

**If there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default.**

**In the event of a timely objection or request for hearing, (either):**

**The initiating party will give at least seven days written notice of the hearing to the objecting or requesting party, and to any trustee or committee appointed in the case; or**

**The tentative hearing date, location and time are (insert date location and time)."**

## MOTION

Debtors hereby move this court for an Order converting the above Chapter 7 case to a case under chapter 13. This motion is made pursuant to 11 U.S.C. §706(a) which states in part that "The debtor may convert a case under this chapter to a case under chapter 11, 12, or 13 of this title at any time, if the case has not been converted under section 1112, 1208 or 1307 of this title."

Debtors filed their voluntary petition under Chapter 7 on June 29, 2016. Marlene Weinstein was appointed the Chapter 7 Trustee in this matter. The Trustee's attorney of record is Charles P. Maher of Dentons US LLP.

This case has not been previously converted.

This motion is filed in good faith, and that Debtors are eligible for relief under the chapter for which conversion is requested.

Dated: September 19, 2016          /s/ *Scott Jordan*_____
                                                       Attorney

## DECLARATION

We declare under penalty of perjury that the information listed below is true and correct:

1. We are the Debtor's in the above-captioned case.

2. At the time we filed this Chapter 7 case, we listed all of our known assets in our possession and to which we believed we were entitled to own.

3. In December 2015, Farzaneh Ataie's mother died in the Republic of Iran.

4. The mother left a sizeable estate consisting of gold coins, two apartments, a partial interest in undeveloped farm land, cash and antiques.

5. While the laws of succession in Iran would dictate a division of the estate between Farzaneh Ataie and her two sisters, only one sister lives in Iran. As such, in accordance with Iranian law, as we understand them to be, the sister living in Iran has sole possession of the entirety of the estate.

6. Following the bankruptcy filing, Farzaneh Ataie spoke with her sister in Iran, who has verbally agreed to turn over a portion of the liquid estate and one of the apartments so that it can be sold.

7. Debtors believes that each apartment has a fair market value of approximately $250,000.00 and can be sold in a timely manner.

8. Debtors require sufficient time for Farzaneh Ataie to travel to Iran to effectuate the transfer, which requires her physical presence, and to sell the property and to legally transfer the money from Iran to the United States.

Dated: September 19, 2016         /s/ Farajollah Jennati Ataie_____
                                  Farajollah Jennati Ataie

Dated:  September 19, 2016        /s/ Farzaneh Ataie_____
                                  Farzaneh Ataie

## CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is 18 Crow Canyon Court, Suite 280, San Ramon, CA 94583. I served this MOTION TO CONVERT CASE UNDER 11 U.S.C. §706(a); NOTICE OF OPPORTUNITY FOR HEARING; DECLARATION IN SUPPORT by first-class United States mail, postage pre-paid, at San Ramon, California, on the date noted below and addressed to those listed below, which includes all parties entitled to receive regularly mailed notices. The Chapter 7 Trustee will receive such notice upon the electronic filing of this document. I declare, under penalty of perjury, that the foregoing is true and correct.

SEE ATTACHED SERVICE LIST

Dated: September 19, 2016 at San Ramon, California.

                                      /s/ *Scott Jordan*_____
                                      Scott Jordan

Abbey Gassemi
50800 300th STW
Neenach, CA 93536

Allied Interstate
PO Box 361445
Columbus, OH 43236

AT&T
PO Box 5025
Carol Stream, IL 60197-5025

C&C Company
3715 Beechglen Dr.
Glendale, CA 91214

Capital One Retail Services
PO Box 60504
City of Industry, CA 91716-0504

Chase Bank
PO Box 183232
Columbus, OH 43218-3232

Chase Bank
Cardmember Services
PO Box 94014
Palatine, IL  60094-4014

Chase Bank
PO Box 78039
Phoenix, AZ 85062-8039

Chevron/Synchrony Bank
PO Box 530950
Atlanta, GA 30535-0950

Citi Cards
PO Box 78045
Phoenix, AZ 85062-8045

Crown Asset Management, LLC
3100 Breckingridge Blvd.
Suite 725
Duluth, GA 30096

D.M. Livermore, Inc.
29310 Union City Blvd.
Union City, CA 94587

Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Discover Bank
PO Box 6103
Carol Stream, IL 60197-6103

Fariba Payandeh Azad
1672 Terrace Road
Walnut Creek, CA 94597

First National Bank
PO Box 2557
Omaha, NE 68103-2557

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

Frank Vijeh
7032 Burnham Dr.
Citrus Heights, CA 95621

Jamsid Salimi
1874 Waltham Circle
Marrietta, GA 30062

JPMorga Chase Bank, N.A.
PO Box 659754
San Antonio, TX 78265-9754

Kaiser Foundation Health Plan, Inc.
File 50016
Los Angeles, CA 90074-0016

MassMutual Financial Group
Policy Loans
PO Box 75045
Charlotte, NC 28275-0045

Merchant Services
371 Centennial Parkway
Louisville, CO 80027

MRS BPO, LLC
1930 Olney Avenue
Cherry Hill, NJ 08003

Northstar Location Services, LLC
Attn: Financial Services Dept.
PO Box 49
Bowmansville, NY 14026-0049

PG&E
P.O. Box 997300
Sacramento, CA 95899-7300

Prosper Funding LLC
221 Main Street, Suite 300
San Francisco, CA 94105

Soofer Company, Inc.
2828 S. Alameda Street
Los Angeles, CA 90058-1329

Spicemart, Inc.
510 E. Trimble Road
San Jose, CA 95131-1221

State Board of Equalization
Collection Dept.
P.O. Box 942879
Sacramento, CA 94279-0029

The Mauzy Partnership
PO Box 493
Walnut Creek, CA 94596


TransFirst, LLC
371 Centennial Parkway
Superior, CO 80027


United Collection Bureau, Inc.
5620 Southwyck Blvd., Suite 206
Toledo, OH 43614


Viking Client Services, Inc.
PO Box 44997
Minneapolis, MN  55344-2697


Viking Client Services, Inc.
PO Box 44997
Minneapolis, MN 55344-2697


Yellow Pages
PO Box 5010
Carol Stream, IL 60197-5010