

Charles P. Maher, CSBN 124748
DENTONS US LLP
One Market Plaza
Spear Tower, 24th Floor
San Francisco, California 94105
Telephone No.: 415-267-4000
Fax No.: 415-267-4198
E-mail: charles.maher@dentons.com

Counsel for Marlene G. Weinstein
Trustee in Bankruptcy

The following constitutes
the order of the court. Signed October 7, 2016

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

FARAJOLLAH JENNATI ATAIE aka
ROGER ATAIE aka BIBI BAZAAR and
FARZANEH P. ATAIE aka FARZI ATAIE,

Debtors.

Case No. 16-41815 RLE
Chapter 7

**ORDER COMPELLING SURRENDER OF PROPERTY UNDER 11 U.S.C. §521(a)(4)**

Based on the Trustee's ex parte application and the supporting declarations of Doreen Roberts and Charles P. Maher, and it appearing that notice by e-mail to counsel for the Debtors is adequate, and that good cause exists, it is

ORDERED that Debtors Farajollah Jennati Ataie and Farzaneh Ataie are compelled to surrender possession of the real property commonly known as 3226 Ensenada Drive, San Ramon, California, within 10 days of service of this order on their counsel.

** END OF ORDER **

101665636\V-1

1

COURT SERVICE LIST

No Service Required.