Scott Jordan     (SBN: 244858)
DUNNING LAW FIRM
2000 Van Ness Avenue, Ste. 602
San Francisco, CA 94109
Tel: (415) 956-1888
Fax: (415) 956-0881
Email: sjordan@dunninglawfirm.com

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re: | Case No.: 16-41815 RLE |
| **FARAJOLLAH HENNATI ATAIE aka ROGER ATAIE aka BIBI BAZAAR and FARZANEH P. ATAIE aka FARZI ATAIE,** | Chapter 7 |
| | Hearing Date:   October 21, 2016 |
| | Time:                  9:30am |
| | Judge:                Hon. Roger L. Efremsky |
| Debtors. | |

**NOTICE OF WITHDRAWAL OF MOTION OF DEBTOR'S MOTION TO CONVERT**

Debtors, Farajollah and Farzaneh Ataie, respectfully state as follows:

1. On September 19, 2016, Debtors, by and through their counsel of record, filed the *Motion to Convert under 11 U.S.C. §706(a)* (the "Motion") [Docket No. 25].

2. Debtors hereby withdraw the Motion without prejudice.


Dated: October 13, 2016          /s/ *Scott Jordan*_____
                                 Scott Jordan

- 1 -
Notice of Withdrawal

## Service List

ECF