Charles P. Maher, State Bar No. 124748
DENTONS US LLP
One Market Plaza
Spear Tower, 24th Floor
San Francisco, California 94105
Telephone No.: 415.267.4000
Fax No.: 415.267.4198
E-mail: charles.maher@dentons.com

Counsel for Marlene G. Weinstein
Trustee in Bankruptcy

The following constitutes
the order of the court. Signed November 8, 2016

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

FARAJOLLAH JENNATI ATAIE aka
ROGER ATAIE aka BIBI BAZAAR and
FARZANEH P. ATAIE aka FARZI ATAIE,

Debtors.

Case No. 16-41815 RLE
Chapter 7

**ORDER AUTHORIZING AGREEMENT WITH DEBTORS
REGARDING DISPOSITION OF REAL PROPERTY**

Based on the Trustee's request and the supporting declaration of counsel and it appearing from those documents that notice has been adequate, that no objection has been filed or served, and that good cause exists, it is

ORDERED, as follows:

1. The Trustee is authorized to enter into the agreement with the Debtors described in her October 17, 2016, notice to creditors.

2. The Trustee is authorized to accept from the Debtors the sum of $115,000 cash in full and complete satisfaction of the estate's right, title, and interest in the real property commonly known as 3226 Ensenada Drive, San Ramon, California.

3. The Trustee or any escrow officer acting at her instruction is authorized to record in the Official Records of Contra Costa County a Notice of Abandonment under 11 U.S.C. §554 of

1 | the real property commonly known as 3226 Ensenada Drive, San Ramon, California.

2 |     4.     The Trustee is further authorized to take those steps and execute those documents she deems necessary to complete the transaction described in her October 17, 2016, notice to creditors.

*** END OF ORDER ***

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | No Service Required. |